

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00335-CR

Josiah David **LEWIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on January 2, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 1, 2018. On February 1, 2018, the appellant filed a motion requesting an additional extension of time to file the brief until March 2, 2018, for a total extension of almost sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 2, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court